O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALETA DAVIS, | ) | Case No. EDCV 15-01211 DDP (KKx) |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER TO SHOW CAUSE** |
| CITY OF LOS ANGELES; CRAIG MARQUEZ, Detective; JOSEPH CHAVEZ, Detective; CHARLIE BECK, Chief; DICKSON, Detective, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

    The Court hereby orders Plaintiff to show cause why this case should not be dismissed for failure to prosecute as against Defendant Detective Dickson.  Plaintiff shall notify the Court within ten days of the issuance of this Order if Plaintiff intends to proceed against Defendant Dickson, otherwise the case will be dismissed with prejudice for lack of prosecution.

IT IS SO ORDERED.

Dated: December 1, 2015

                                          DEAN D. PREGERSON
                                          United States District Judge