O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALETA DAVIS, | Case No. EDCV 15-01211 DDP (KKx) |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE AS TO DEFENDANT DETECTIVE DICKSON [ONLY] WITH PREJUDICE RE: ORDER TO SHOW CAUSE** |
| CITY OF LOS ANGELES; CRAIG MARQUEZ, Detective; JOSEPH CHAVEZ, Detective; CHARLIE BECK, Chief; DICKSON, Detective, | |
| Defendants. | |

The Court hereby orders Plaintiff's case dismissed as to Defendant Detective Dickson **(only)** with prejudice for lack of prosecution. This dismissal is pursuant to the Court's earlier Order to Show Cause why this case should not be dismissed for failure to prosecute as against Defendant Detective Dickson. (Dkt. No. 18.) Plaintiff failed to notify or contact the Court in any way after the issuance of the Order to Show Cause. Plaintiff had

///

///

///

notice that dismissal with prejudice was the consequence of such failure.

IT IS SO ORDERED.

Dated: December 15, 2015

DEAN D. PREGERSON
United States District Judge

2