O

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALETA DAVIS, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF LOS ANGELES, CHIEF CHARLIE BECK, DETECTIVE CRAIG MARQUEZ, DETECTIVE JOSEPH CHAVEZ, DETECTIVE DICKSON DOES 1-10, INCLUSIVE, <br><br> Defendants. | CASE NO.: <br><br> **ED CV15-01211 DDP (KKx)** <br><br> **JUDGMENT OF DISMISSAL WITH PREJUDICE IN FAVOR OF DEFENDANTS CITY OF LOS ANGELES, CHIEF CHARLIE BECK, CRAIG MARQUEZ, AND JOSEPH CHAVEZ** |

The motion for judgment on the pleadings pursuant to *Federal Rule of Civil Procedure* 12(c) to dismiss Plaintiff's Complaint filed by Defendants City of Los Angeles, Chief Charlie Beck, Craig Marquez, and Joseph Chavez ("Defendants") was taken under submission by the Honorable Dean D. Pregerson.

After considering all the issues and arguments presented, the Court grants Defendants' motion.

1

Therefore, it is ordered and adjudged that Plaintiff's entire Complaint be dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: December 16, 2015

HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICTJUDGE